

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Isen Kang*
*Assistant United States Attorney*

*970 Broad Street, 7th Floor*
*Newark, New Jersey 07102*

*Main: (973) 645-2700*
*Direct: (973) 645-2872*
*Isen.Kang@usdoj.gov*

July 10, 2026

**Via Electronic Filing**
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:  *Guerrero Malafaya v. Mullin, et al.*, No. 26-cv-5224 (RK)
> **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter. In accordance with Your Honor's July 1, 2026 Text Order (ECF No. 4), we respectfully write to inform the Court that on July 7, 2026, the Immigration Court conducted a custody redetermination hearing concerning Petitioner. The Immigration Court denied Petitioner's request for a change in custody status upon finding that Petitioner poses a "[f]light risk." Ex. A at 1 (Bond Order). "[A]lternatively," the Immigration Court held that Petitioner is "subject to mandatory detention" because he is "subject to a final order of removal[.]" *Id.*

Thank you very much for your consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    */s/ Isen Kang*
　　　ISEN KANG
　　　Assistant United States Attorney
　　　*Attorneys for Respondents*

cc:    All counsel of record (*via electronic filing*)

This matter shall be marked CLOSED.

So Ordered.

Robert Kirsch, U.S.D.J.
Date: _____ 7/14/26